## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KEVIN RAY PEARCY,
ADC #146408                                                                    PLAINTIFF

V.                          5:13CV00309 JLH/JTR

JAMES BANKS, Warden; and
CURTIS MEINZER, Deputy Warden,
Varner Unit, Arkansas Department of Correction                    DEFENDANTS

### ORDER

Plaintiff has filed a Motion asking the Court to require Defendants and non-parties to produce documents relevant to the merits of his failure to protect claim. *Doc. 15*. Plaintiff's request is denied because the Court has stayed discovery on all matters other than the issue of exhaustion. *Doc. 8.*

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Discovery (Doc. 15) is DENIED.

Dated this 7th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE